# Third District Court of Appeal

## State of Florida

Opinion filed May 17, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1111
Lower Tribunal No. 10-53090

_____

**Felix I. Gaspard,**
Appellant,

vs.

**BAC Home Loans Servicing, LP, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Felix I. Gaspard, in proper person.

Liebler Gonzalez & Portuondo, and Mary J. Walter, B.C.S., for appellee Bank of America, N.A.

Before LOGUE, SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.